■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID CAMPBELL, Appellant. (Appeal No. 2.) [823 NYS2d 750]— Appeal from a judgment of the Ontario County Court (James R. Harvey, J.), rendered October 6, 2004. The judgment convicted defendant, upon his plea of guilty, of bail jumping in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Smith, Centra and Green, JJ.